**Order entered September 5, 2013**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00483-CV

**JEFF AND SHARI HAHN, Appellants**

**V.**

**WELLS FARGO BANK, N.A. AND OCWEN LOAN SERVICING, LLC, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-08066**

## ORDER

The Court has before it appellants' August 30, 2013 unopposed motion to extend time to file reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by September 23, 2013.

/s/    ELIZABETH LANG-MIERS
          JUSTICE